UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

REMEMBER EVERYONE DEPLOYED INC.,
a Florida not for profit corporation,

        Plaintiff,

   v.

AC2T, INC. D/B/A SPARTAN MOSQUITO,
a Mississippi corporation; and
JEREMY HIRSCH, an individual,

        Defendants.

Case No.: 20-cv-62355-RAR

## JOINT SCHEDULING REPORT

Pursuant to Local Rules 16.1(b)(2) and this Court's December 10, 2020 Order (ECF No. 10), counsel for the parties have met and conferred and hereby submit the following Joint Scheduling Report and attached Joint Proposed Scheduling Order:

1.    The likelihood of settlement.

The parties have not yet engaged in formal settlement discussions, but agree that such discussions may begin before a formal mediation process has been scheduled. At this time, it is too early to determine the realistic prospects for settlement.

2.    The likelihood of appearance in the action of additional parties.

The parties anticipate the addition of other parties.

3.    Proposed limits on the time.

Pursuant to the Court's December 10, 2020 Order (ECF No. 10), the Joint Proposed Scheduling Order is attached.

4.    Proposals for the formulation and simplification of issue.

The parties have not yet reached an agreement on proposals for the formulation and simplification of issues. The Defendants have filed a motion to dismiss, which is pending. If granted, the issues raised may be simplified. If denied, the parties anticipate that they will file substantive pretrial motions, including motions for summary judgment, in an effort to narrow the

issues for trial.

5. <u>The necessity or desirability of amendments to the pleadings.</u>

The parties have agreed to amend the pleadings, if necessary, in accordance with the dates set forth in the attached Joint Proposed Scheduling Order.

6. <u>The possibility of obtaining admissions which will avoid unnecessary proof.</u>

Defendants have filed a motion to dismiss, which is pending. If granted, the issue of obtaining admissions of fact may be moot. If denied, the parties will endeavor to stipulate and admit to facts and the authenticity of documents whenever possible. The parties expect to serve interrogatories and requests for admissions that seek to avoid unnecessary proof. The parties will discuss stipulations regarding the authenticity of documents, electronically stored information or things, and the admissibility of evidence as discovery proceeds. At this time, the parties are unaware of any need for advance rulings from the Court on the admissibility of evidence.

7. <u>Suggestions for the avoidance of unnecessary proof and of cumulative evidence.</u>

Defendants have filed a motion to dismiss, which is pending. If granted, the issue of avoidance of unnecessary proof and cumulative evidence may be moot. If denied, the parties, in addition to stipulating to facts and the authenticity of documents whenever possible, will seek pretrial determinations of the admissibility of evidence in order to streamline trial.

8. <u>Suggestions on the advisability of referring matters to a Magistrate Judge or master.</u>

At this time the parties do not consent to trial before the Magistrate Judge.

9. <u>A preliminary estimate of the time required for trial.</u>

The parties' preliminary estimate of the time required for trial is 5-7 court days.

10. <u>Requested dates for conferences.</u>

The parties refer to the attached Joint Proposed Scheduling Order for proposed dates for conferences.

11. <u>Discovery issues.</u>

The parties have agreed to provide their initial disclosures required by Federal Rule of Procedure 26(a)(1) on or before January 28, 2021. A proposed schedule for the completion of discovery is provided in the Proposed Scheduling Order.

12. <u>Any other information that might be helpful to the Court in setting the case for status or pretrial conference.</u>

None at this time.

13. <u>Whether the trial will be jury or non-jury.</u>

   The parties request a trial by jury.

Dated: December 29, 2020

| | |
|---|---|
| */s/ Jodi-Ann Tillman* | */s/ Ryan O'Quinn* |
| Joseph M. Goldstein, Esq. | Ryan O'Quinn, Esq. |
| Florida Bar No. 820880 | Florida Bar No. 513857 |
| JGoldstein@shutts.com | ryan.oquinn@dlapiper.com |
| Joseph W. Bain, Esq. | Elan A. Gershoni, Esq. |
| Florida Bar No. 860360 | Florida Bar No. 95969 |
| JBain@shutts.com | elan.gershoni@dlapiper.com |
| Jodi-Ann Tillman, Esq. | Janelly Crespo, Esq. |
| Florida Bar No. 1022214 | Florida Bar No. 124073 |
| JTillman@shutts.com | janelly.crespo@dlapiper.com |
| **SHUTTS & BOWEN LLP** | **DLA PIPER LLP (US)** |
| 525 Okeechobee Boulevard | 200 South Biscayne Blvd. |
| Suite 1100 | Suite 2500 |
| West Palm Beach, FL 33401 | Miami, FL 33131 |
| Telephone:   561-835-8500 | Telephone: 305.423.8554 |
| Facsimile:   561-650-8530 | Facsimile: 305.675.7885 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 29th day of December, 2020, I electronically filed the foregoing via the CM/ECF system which will serve a copy on the following:

Elan A. Gershoni, Esq.
Ryan O'Quinn, Esq.
Janelly Crespo, Esq.
DLA Piper LLP (US)
200 South Biscayne Blvd., #2500
Miami, FL 33131
Telephone: 305.423.8554
Facsimile: 305.675.7885
Primary Email:  elan.gershoni@dlapiper.com
Primary Email:  ryan.oquinn@dlapiper.com
Primary Email:  janelly.crespo@dlapiper.com
Secondary Email:  eServiceMiami@dlapiper.com

*Counsel for Defendants, AC2T Inc. d/b/a Spartan Mosquito and Jeremy Hirsch*

                                                 By:    */s/ Jodi-Ann Tillman*
                                                         Jodi-Ann Tillman
                                                         Florida Bar No. 1022214
                                                         JTillman@shutts.com

FTLDOCS 8092735 3