UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-62355-RAR

**REMEMBER EVERYONE DEPLOYED INC.,**

    Plaintiff,

v.

**AC2T INC.**, *et al.*,

    Defendants.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 28] ("Report"), filed on March 8, 2021. The Report recommends that the Court grant in part and deny in part Defendants' Motion to Dismiss [ECF No. 11]. *See* Report at 1. The Report properly notified the parties of their right to object to Magistrate Judge Strauss's findings and the consequences for failing to object. *Id.* at 25-26. The time for objections has passed and neither party filed any objections to the Report.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s

factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Because no party has filed an objection to the Report, the Court did not conduct a *de novo* review of Magistrate Judge Strauss's findings. Rather, the Court reviewed the Report for clear error. Finding none, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 28] is **AFFIRMED AND ADOPTED**.

2. Defendants' Motion to Dismiss [ECF No. 11] is **DENIED** as to the Court's lack of personal jurisdiction over Defendants.

3. Defendants' Motion to Dismiss [ECF No. 11] is **GRANTED** *without prejudice* as to Count IV for failure to state a claim.

4. Defendants' Motion to Dismiss [ECF No. 11] is **DENIED** as to Count III.

5. Plaintiff shall file an amended complaint in conformance with the Report on or before **April 12, 2021**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of March, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record
      Magistrate Judge Jared M. Strauss