UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-62355-JMS

REMEMBER EVERYONE DEPLOYED, INC., a
Florida not for profit corporation;

    Plaintiff,

v.

AC2T, INC., d/b/a/ SPARTAN MOSQUITO, a
Mississippi corporation; *et al*.;

    Defendants.

_____/

AC2T, INC., d/b/a/ SPARTAN MOSQUITO, a
Mississippi corporation; *et al*.;

    Counter-Plaintiffs,

v.

REMEMBER EVERYONE DEPLOYED, INC., a
Florida not for profit corporation;

    Counter-Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' PREMIUM MOTORSPORTS LLC AND RICK WARE RACING LLC MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Plaintiff, REMEMBER EVERYONE DEPLOYED, INC. ("R.E.D."), through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files this Unopposed Motion for Extension of Time until Monday, March 14, 2022, to respond to Defendants', PREMIUM MOTORSPORTS LLC ("Premium") and RICK WARE RACING, LLC ("Rick Ware"), Motion to Dismiss Second Amended Complaint [DE 97], and in support states as follows:

1. On October 25, 2021, Plaintiff filed its Second Amended Complaint [DE 71], which added four (4) new Defendants, including Defendants Premium and Rick Ware.

2. On December 21, 2021, the Court ordered that Defendants, including Defendants Premium and Rick Ware, file separate answers or a single combined responsive pleading within the time allowed for the last-served Defendant to respond to the Second Amended Complaint. [DE 84].

3. On January 21, 2022, Plaintiff filed a verified notice of service of the Second Amended Complaint as to Defendant Brennan Poole, the last-served Defendant, reflecting a service date of January 20, 2022. [DE 92].

4. On February 9, 2022, Defendants Premium and Rick Ware filed an Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint, requesting an extension until February 24, 2022. [DE 94].

5. That same day, on February 9, 2022, the Court granted Defendants' Premium and Rick Ware extension request. [DE 95].

6. On February 24, 2022, Defendants Premium and Rick Ware filed their Motion to Dismiss the Second Amended Complaint. [DE 97].

7. Due to unforeseen complications in other matters, including an injunction hearing scheduled on an emergency basis yesterday by opposing counsel in another matter, counsel for Plaintiff require a brief two (2) business day extension up to and including Monday, March 14, 2022, to finalize and file Plaintiff's Response to the Motion to Dismiss the Second Amended Complaint.

8. This Motion is made in good faith and not for purposes of delay. The requested extension of time will not prejudice any of the parties involved in the case.

9. Undersigned counsel has conferred with counsel for Defendants Premium and Rick Ware who advised they do not oppose the extension request.

WHEREFORE, Plaintiff, REMEMBER EVERYONE DEPLOYED, INC., respectfully requests that the Court enter an order granting it an extension of time, up to and including March 14, 2022, to respond to Defendants', PREMIUM MOTORSPORTS LLC and RICK WARE RACING, LLC, Motion to Dismiss Second Amended Complaint.

Dated: March 9, 2022

**FELDMAN LAW**
Co-Counsel for Plaintiff
9100 S. Dadeland Blvd., Suite 1500
Miami, FL 33156
Telephone: (305) 445-2005
Primary: nkodsi@feldmandlawoffices.com
Secondary: afeldman@feldmanlawoffices.com

By: */s/ Neil D. Kodsi*
    Neil D. Kodsi, Esq.
    Florida Bar No. 11255

And as Co-Counsel,

**BRAVO LAW**
Co-Counsel for Plaintiff
1555 Bonaventure Blvd., Suite 157
Weston, FL 33326
Telephone: (954) 790-6711
Primary: efile@lawbravo.com
Secondary: gbravo@lawbravo.com

By: */s/ Gustavo A. Bravo*
    Gustavo A. Bravo, Esq.
    Florida Bar No. 551287

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties in the manner identified on the following Service List.

By: */s/ Gustavo A. Bravo*
Gustavo A. Bravo, Esq.
Florida Bar No. 551287

## SERVICE LIST
### CASE NO.: 20-cv-62355-JMS

| | |
|---|---|
| Neil D. Kodsi, Esq.<br>Florida Bar No.: 11255<br>NKodsi@FeldmanLawOffices.com<br>Andrew M. Feldman, Esq.<br>Florida Bar No.: 161969<br>AFeldman@FeldmanLawOffices.com<br>**FELDMAN LAW**<br>*Co-counsel for Plaintiff*<br>9100 S. Dadeland Blvd., Ste. 1500<br>Miami, Florida 33156<br>Telephone: (305) 445-2005<br><br>*Via CM/ECF* | Ryan D. O'Quinn, Esq.<br>Florida Bar No.: 513857<br>ryan.oquinn@dlapiper.com<br>Janelly Crespo, Esq.<br>Florida Bar No.: 124073<br>janelly.crespon@dlapiper.com<br>**DLA Piper LLP (US)**<br>*Counsel for Defendants, AC2T Inc. d/b/a Spartan Mosquito and Jeremy Hirsch*<br>200 S. Biscayne Blvd., Suite 2500<br>Miami, FL 33131<br>Telephone: (305) 423-8500<br><br>*Via CM/ECF* |
| Gustavo A. Bravo, Esq.<br>Florida Bar No.: 551287<br>efile@lawbravo.com<br>gbravo@lawbravo.com<br>**BRAVO LAW**<br>*Co-counsel for Plaintiff*<br>1555 Bonaventure Blvd., Suite 157<br>Weston, FL 33326<br>Telephone: (954) 790-6711<br><br>*Via CM/ECF* | Darren A. Heitner, Esq.<br>Florida Bar No.: 85956<br>darren@heitnerlegal.com<br>**HEITNER LEGAL, P.L.L.C**<br>*Attorney for Defendants PREMIUM MOTORSPORTS LLC and RICK WARE RACING, LLC*<br>215 Hendricks Isle<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 558-6999<br><br>*Via CM/ECF* |

| | |
|---|---|
| Dennis McQueen, Esq.<br>dam@pdhlaw.com<br>**PAGEL, DAVIS & HILL, PC**<br>*Attorneys for BRENNAN POOLE*<br>1415 Louisiana, 22nd Floor<br>Houston, Texas 77002<br>Telephone: (346) 320-0935<br><br>*Via E-Mail* | ON POINT MOTORSPORTS, INC.<br>3410 Denver Drive<br>Denver, NC 28037<br><br>*Via U.S. Mail* |