UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-62355-JMS

REMEMBER EVERYONE DEPLOYED, INC., a
Florida not for profit corporation;

    Plaintiff,

v.

AC2T, INC., d/b/a/ SPARTAN MOSQUITO, a
Mississippi corporation; *et al*.;

    Defendants.
_____/

AC2T, INC., d/b/a/ SPARTAN MOSQUITO, a
Mississippi corporation; *et al*.;

    Counter-Plaintiffs,

v.

REMEMBER EVERYONE DEPLOYED, INC., a
Florida not for profit corporation;

    Counter-Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, REMEMBER EVERYONE DEPLOYED, INC. ("R.E.D."), through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby gives Notice that a tentative Settlement has been reached between Plaintiff and all Defendants. The parties hope to finalize the appropriate agreement and execute it before the end of this week. To the extent the Court has any questions about this Notice or the tentative settlement, the parties will be prepared to discuss the tentative agreement at the Status Conference scheduled for tomorrow morning at 10:30 a.m.

-2-

Respectfully submitted, March 14, 2022,

        **FELDMAN KODSI**
        Co-Counsel for Plaintiff
        9100 S. Dadeland Blvd., Suite 1500
        Miami, FL 33156
        Telephone: (305) 445-2005
        Primary:  nkodsi@feldmankodsi.com
        Secondary:  afeldman@feldmankodsi.com

        By:  */s/ Neil D. Kodsi*
            Neil D. Kodsi, Esq.
            Florida Bar No. 11255

And as Co-Counsel,

        **BRAVO LAW**
        Co-Counsel for Plaintiff
        1555 Bonaventure Blvd., Suite 157
        Weston, FL 33326
        Telephone:  (954) 790-6711
        Primary:  efile@lawbravo.com
        Secondary:  gbravo@lawbravo.com

        By:  */s/ Gustavo A. Bravo*
            Gustavo A. Bravo, Esq.
            Florida Bar No. 551287

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties in the manner identified on the following Service List.

By: */s/ Neil D. Kodsi*
  Neil D. Kodsi, Esq.
  Florida Bar No. 11255

## SERVICE LIST
### CASE NO.: 20-cv-62355-JMS

| | |
|---|---|
| Neil D. Kodsi, Esq.<br>Florida Bar No.: 11255<br>NKodsi@FeldmanKodsi.com<br>Andrew M. Feldman, Esq.<br>Florida Bar No.: 161969<br>AFeldman@FeldmanKodsi.com<br>**FELDMAN KODSI**<br>*Co-counsel for Plaintiff*<br>9100 S. Dadeland Blvd., Ste. 1500<br>Miami, Florida 33156<br>Telephone: (305) 445-2005<br><br>*Via CM/ECF* | Ryan D. O'Quinn, Esq.<br>Florida Bar No.: 513857<br>ryan.oquinn@dlapiper.com<br>Janelly Crespo, Esq.<br>Florida Bar No.: 124073<br>janelly.crespon@dlapiper.com<br>**DLA Piper LLP (US)**<br>*Counsel for Defendants, AC2T Inc. d/b/a Spartan Mosquito and Jeremy Hirsch*<br>200 S. Biscayne Blvd., Suite 2500<br>Miami, FL 33131<br>Telephone: (305) 423-8500<br><br>*Via CM/ECF* |
| Gustavo A. Bravo, Esq.<br>Florida Bar No.: 551287<br>efile@lawbravo.com<br>gbravo@lawbravo.com<br>**BRAVO LAW**<br>*Co-counsel for Plaintiff*<br>1555 Bonaventure Blvd., Suite 157<br>Weston, FL 33326<br>Telephone: (954) 790-6711<br><br>*Via CM/ECF* | Darren A. Heitner, Esq.<br>Florida Bar No.: 85956<br>darren@heitnerlegal.com<br>**HEITNER LEGAL, P.L.L.C**<br>*Attorney for Defendants PREMIUM MOTORSPORTS LLC and RICK WARE RACING, LLC*<br>215 Hendricks Isle<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 558-6999<br><br>*Via CM/ECF* |

| | |
|---|---|
| Dennis McQueen, Esq.<br>dam@pdhlaw.com<br>**PAGEL, DAVIS & HILL, PC**<br>*Attorneys for BRENNAN POOLE*<br>1415 Louisiana, 22nd Floor<br>Houston, Texas 77002<br>Telephone: (346) 320-0935<br><br>*Via E-Mail* | ON POINT MOTORSPORTS, INC.<br>3410 Denver Drive<br>Denver, NC 28037<br><br>*Via U.S. Mail* |