UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-62355-STRAUSS

**REMEMBER EVERYONE DEPLOYED INC.,**

    Plaintiff,

v.

**AC2T INC.,** *et al.***,**

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS MATTER** came before the Court upon the parties' Notice of Settlement [DE 113], which indicates that the parties have reached a tentative settlement. With the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby **ORDERED and ADJUDGED** that:

1. The Clerk shall **CLOSE** this case for administrative purposes only, without prejudice to either party filing a motion to reopen if the parties are unable to complete their expected settlement.

2. On or before **March 29, 2022**, the parties shall file an appropriate motion or stipulation to dismiss this case.

3. The Clerk shall terminate all other deadlines and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of March 2022.

                                                                      Jared M. Strauss
                                                                      United States Magistrate Judge