UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-62355-JMS

REMEMBER EVERYONE DEPLOYED, INC., a
Florida not for profit corporation;

    Plaintiff,

v.

AC2T, INC., d/b/a/ SPARTAN MOSQUITO, a
Mississippi corporation; *et al.*;

    Defendants.
_____/

## STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

The parties, through their attorneys of record and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that this entire action, including all claims, is hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Dated: March 29, 2022

| | |
|---|---|
| **BRAVO LAW** | **DLA PIPER LLP (US)** |
| *Co-Counsel for Plaintiff* | *Counsel for Defendants Spartan Mosquito & Jeremy Hirsch* |
| 1555 Bonaventure Blvd., Suite 157 | 200 S. Biscayne Blvd., Suite 2500 |
| Weston, FL 33326 | Miami, FL 33131 |
| Telephone: (954) 790-6711 | Telephone: (305) 423-8500 |
| Email: efile@lawbravo.com | Email: ryan.oquinn@dlapiper.com |
| Email: gbravo@lawbravo.com | Email: janelly.crespo@dlapiper.com |
| By: */s/ Gustavo A. Bravo* | By: */s/ Ryan D. O'Quinn* |
|     Gustavo A. Bravo, Esq. |     Ryan D. O'Quinn, Esq. |
|     Florida Bar No. 551287 |     Florida Bar No. 513857 |

| | |
|---|---|
| **FELDMAN KODSI** <br> *Co-Counsel for Plaintiff* <br> 9100 S. Dadeland Blvd., Suite 1500 <br> Miami, FL 33156 <br> Telephone: (305) 445-2005 <br> Email: nkodsi@feldmandlawoffices.com <br> Email: afeldman@feldmanlawoffices.com <br><br> By:  */s/ Neil D. Kodsi* <br>     Neil D. Kodsi, Esq. <br>     Florida Bar No. 11255 | **HEITNER LEGAL, P.L.L.C** <br> *Counsel for Defendants Premium Motorsports LLC & Rick Ware Racing, LLC* <br> 215 Hendricks Isle <br> Fort Lauderdale, FL 33301 <br> Telephone: (954) 558-6999 <br> Email: darren@heitnerlegal.com <br><br> By:  */s/ Darren A. Heitner* <br>     Darren A. Heitner, Esq. <br>     Florida Bar No.: 85956 |
| **PAGEL, DAVIS & HILL, PC** <br> *Co-Counsel for Defendant Brennan Poole* <br> 1415 Louisiana, 22nd Floor <br> Houston, Texas 77002 <br> Telephone: (346) 320-0935 <br> Email: dam@pdhlaw.com <br><br> By:  */s/ Michael A. Harris* <br>     Michael A. Harris, Esq. <br>     Admitted Pro Hac Vice | **MEUERS LAW FIRM, P.L.** <br> *Co-Counsel for Defendant Brennan Poole* <br> 5395 Park Central Court <br> Naples, FL 34109 <br> Telephone: (239) 513-9191 <br> Email: sdefalco@meuerslawfirm.com <br><br> By:  */s/ Steven M. De Falco* <br>     Steven M. De Falco <br>     Fla. Bar No. 0733571 |